No. 25-3371

# In the United States Court of Appeals for the Sixth Circuit

NETCHOICE, LLC,

    *Plaintiffs-Appellees*,

v.

DAVID YOST, ATTORNEY GENERAL, STATE OF OHIO,

    *Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 2:24-cv-00047

**BRIEF OF *AMICUS CURIAE* STATE OF SOUTH CAROLINA**

ALAN WILSON
  *South Carolina Attorney General*

JAMES EMORY SMITH
  GENERAL COUNSEL
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3642

*Counsel for Amicus Curiae*

# TABLE OF CONTENTS

INTRODUCTION AND INTEREST OF AMICUS ...................................................1

ARGUMENT ...............................................................................................................1

CONCLUSION ............................................................................................................1

CERTIFICATE OF SERVICE....................................................................................3

CERTIFICATE OF COMPLIANCE ..........................................................................4

# INTRODUCTION AND INTEREST OF AMICUS

As ably explained in Florida's amicus brief (ECF No. 22), a bipartisan group of States across the country have come together to prevent and ameliorate the harms inflicted on children by social media companies. Amicus State of South Carolina shares these interests and is committed to combatting those harms.

# ARGUMENT

## I. SOUTH CAROLINA JOINS THE ARGUMENTS RAISED IN FLORIDA'S BRIEF.

Earlier today, a bipartisan coalition of 31 States and the District of Columbia filed an amicus brief in support Defendant-Appellant David Yost. (ECF No. 22). In the brief, the States raised important arguments for this Court's consideration, including arguments emphasizing that States have a compelling interest in protecting children from social media companies' predatory business practices. South Carolina joins these arguments and incorporates them by reference in this brief.

# CONCLUSION

For the reasons articulated in the Florida amicus brief, this Court should reverse.

August 26, 2025                     Respectfully submitted,

                                                    ALAN WILSON
                                                      *Attorney General of South Carolina*

                                                */s/ James Emory Smith*
                                                JAMES EMORY SMITH
                                                    *General Counsel*
                                                Office of the Attorney General
                                                P.O. Box 11549
                                                Columbia, SC 29211
                                                (803) 734-3642
                                                esmith@scag.gov

                                                *Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, I electronically filed this amicus brief with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ James Emory Smith*
General Counsel

# CERTIFICATE OF COMPLIANCE

1. This amicus brief complies with Federal Rule of Appellate Procedure 29(a)(5) because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and Sixth Circuit Rule 32(b), it contains 148 words.

2. This amicus brief also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 29 and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font using Microsoft Word.

*/s/ James Emory Smith*
General Counsel
