UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3371**

Case Title: **NetChoice** vs. **Yost**

List all clients you represent in this appeal:

**State of South Carolina**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **James Emory Smith**  Signature: s/ **James Emory Smith**

Firm Name: **Office of the South Carolina Attorney General**

Business Address: **PO Box 11549**

City/State/Zip: **Columbia, SC 29211**

Telephone Number (Area Code): **(803) 734-3642**

Email Address: **esmith@scag.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17