UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: No. 25-3371

Case Title: NetChoice, LLC vs. Yost

List all clients you represent in this appeal:

Amicus Curiae Foundation for Individual Rights and Expression (FIRE)

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Robert Corn-Revere   Signature: s/ Robert Corn-Revere

Firm Name: Foundation for Individual Rights and Expression

Business Address: 700 Pennsylvania Avenue SE, Suite 340

City/State/Zip: Washington, DC 20003

Telephone Number (Area Code): 215-717-3473

Email Address: bob.corn-revere@thefire.org

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.