No. 25-3371

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 5, 2026
KELLY L. STEPHENS, Clerk

NETCHOICE, LLC,                              )
                                             )
        Plaintiff-Appellee,                  )
                                             )
v.                                           )        O R D E R
                                             )
DAVE YOST, in his official capacity as Ohio  )
Attorney General,                            )
                                             )
        Defendant-Appellant.                 )
                                             )
                                             )

**BEFORE:**  BATCHELDER, CLAY, and RITZ, Circuit Judges.

The court received a petition for rehearing en banc.  The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case.  The petition then was circulated to the full court.[*]  No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.  Judge Ritz would grant rehearing for the reasons stated in his dissent.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

_____
[*]Judges Larsen and Hermandorfer are recused in this case.