Case No. 25-3371

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

NETCHOICE, LLC

Plaintiff - Appellee

v.

DAVID ANTHONY YOST, in his official capacity as Ohio Attorney General

Defendant - Appellant

BEFORE: BATCHELDER, CLAY, and RITZ, Circuit Judges.

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow NetChoice, LLC time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 17, 2026

Kelly L. Stephens