Case No. 25-3371

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

NETCHOICE, LLC

Plaintiff - Appellee

v.

DAVID ANTHONY YOST, in his official capacity as Ohio Attorney General

Defendant - Appellant

BEFORE: BATCHELDER, CLAY, and RITZ, Circuit Judges.

Upon consideration of NetChoice, LLC's motion to extend the stay of the mandate,

It is **ORDERED** that the motion be and it hereby is, **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: November 05, 2026