Clement & Murphy
PLLC

November 5, 2026

**Via CM/ECF**

Kelly L. Stephens
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: *NetChoice, LLC v. Yost*, No. 25-3371

Dear Ms. Stephens:

Counsel for Plaintiff-Appellee NetChoice, LLC, submits this letter regarding the Court's November 5, 2026, Order denying NetChoice's motion to extend the stay of the mandate. *See* Dkt.67. As explained below, under Federal Rule of Appellate Procedure 41(d)(2)(B), NetChoice's motion automatically extended the duration of the Court's August 17 order staying the issuance of the mandate pending the filing and disposition of a petition for a writ of certiorari to, and including, December 3, 2026. *See* Dkt.61.

Federal Rule of Appellate Procedure 41(d), which governs "[s]taying the [m]andate [p]ending a [p]etition for [c]ertiorari," states: "The stay must not exceed 90 days, unless … the party who obtained the stay notifies the circuit clerk in writing within the period of the stay … that the time for filing a petition has been extended, in which case the stay continues for the extended period." By filing a motion to extend the stay of mandate on October 29, Dkt.62, NetChoice notified the Court in writing that Justice Kavanaugh had extended the time for filing a petition to December 3.[1] Under the plain language of the rule, so long as the petition for a writ of certiorari is filed no later than December 3, the mandate remains stayed for the duration of proceedings before the Supreme Court. *See, e.g., Halvorsen v. White*, No.15-5147 (6th Cir. 2019) (granting a motion to withhold the issuance of the stay of the mandate, Dkt.101, and automatically continuing the stay after counsel filed a notice that the Supreme Court extended the certiorari deadline, Dkt.102); *United States v. Sittenfeld*, No. 23-3840 (6th Cir. 2025) (similar), Dkts.80-81.

[1] The Supreme Court likewise notified the Clerk of this Court by letter on November 2 that it extended the time within which to file a petition for a writ of certiorari to December 3, 2026. Dkt.65. A copy of that letter is attached as Exhibit A.

In its October 29 motion, NetChoice asked for additional relief beyond what Rule 41(d)(2)(B) automatically provides, requesting that this Court "extend the stay of mandate to account for … any future extension that the Supreme Court may grant." Dkt.62 at 2. NetChoice's understanding is that the Court's November 5 Order simply denies its request to extend the stay to account for *any future* extension the Supreme Court may grant, but does not preclude the Clerk from acting as Rule 41(d)(2)(B) directs.

In short, under Rule 41(d)(2)(B), the Court's stay of the mandate continues and remains in effect through December 3, 2026. And no mandate should issue until the time expires for NetChoice to file a petition for writ of certiorari or, if a petition is timely filed, until the Supreme Court resolves the petition and its mandate is handed down.

Respectfully submitted,

s/Erin E. Murphy
Erin E. Murphy
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

cc: All counsel of record (*via CM/ECF*)
Hon. Alice M. Batchelder
Hon. Eric L. Clay
Hon. Kevin G. Ritz

# Exhibit A

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 22, 2026

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Re: NetChoice, LLC
v. Dave Yost, Attorney General of Ohio
Application No. 26A557

Dear Mr. Clement:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on October 22, 2026, extended the time to and including December 3, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by H.C.

Howard Cook
Case Analyst

Case: 25-3371 Document: 68 Filed: 11/05/2026 Page: 5

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988