No. 25-3371

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 23, 2026
KELLY L. STEPHENS, Clerk

NETCHOICE, LLC,

Plaintiff-Appellee,

v.

DAVID ANTHONY YOST, in his official capacity as Ohio Attorney General,

Defendant-Appellant.

O R D E R

Before: BATCHELDER, CLAY, and RITZ, Circuit Judges.

On August 17, 2026, we stayed the mandate in this appeal until November 3, 2026, to allow NetChoice to file a petition for certiorari with the Supreme Court. By rule, such a "stay must not exceed 90 days, unless . . . the party who obtained the stay notifies the circuit clerk in writing within the period of the stay that the time for filing a petition has been extended, in which case the stay continues for the extended period." Fed. R. App. Pro. 41(d)(1)-(2).

On October 27, 2026, NetChoice notified the clerk's office in writing that the Supreme Court had extended its deadline to file a petition until December 3, 2026. Thus, pursuant to Appellate Rule 41(d)(2)(B)(i), the original stay continues until December 3, 2026.

On October 29, 2026, NetChoice moved to further extend the stay. On November 5, we denied the motion as premature. That same day, NetChoice filed a letter concerning that denial, and on November 20, the State of Ohio filed a letter in opposition. To the extent that we can construe either of these letters as a motion concerning the stay of the mandate, they are **DENIED**.

The mandate is currently stayed until December 3, 2026, and, absent some further development, the clerk's office is instructed to issue the mandate on that date.

So ORDERED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk